United States District Court
Northern District of Georgia

Jonathan Lee Riches,
Plaintiff

v.

Reed Elsevier Inc,
Defendants

1:08-CV-0981

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

MAR 13 2008

JAMES N. HATTEN, CLERK
By: J. Crawford, Deputy Clerk

<u>Bivens Action / Temporary Restraining order</u>

Reed Elsevier on 3-5-08 has my credit report in their files and sells this information to 3rd parties without my consent. This is unconstitutional. I seek a restraining order as my life is in serious danger of having my credit fall into the hands of cybercriminals and Nazi's.