# CIVIL COVER SHEET FOR A PRISONER CASE  1:08-CV-0981

JUDGE Hunt  
MAG. JUDGE Brill  
DATE FILED 3-14-08 / 13  
NAME Jonathan Lee Riches  I.D. # 40948-018  
PRO SE ✓   ATTORNEY ____  
PLACE OF INCARCERATION F.C.I. Williamsburg  
CITY Salters  STATE SC  COUNTY ____  

DIVISION Atlantic  
IFP no  FEE no  
PREVIOUS CASES yes  

| JURISD. | NOS | CAUSE | DESCRIPTION |
|---|---|---|---|
| 3 | 530 | 28:2254 | Habeas action by a State prisoner challenging state convictions or sentence. |
| 3 | 535 | 28:2254d | Habeas action by a State prisoner under a DEATH sentence. ____ SEND TO DISTRICT JUDGE. |
| 3 | 530 | 28:2241st | Habeas action by a State prisoner or detainee challenging matters other than conviction or sentence (e.g. parole revocation, loss of good time-credit, etc.). |
| 2 | 530 | 28:2241fd | Habeas action by a Federal prisoner or detainee challenging matters other than conviction or sentence (e.g. parole revocation, loss of good time-credit, etc.). |
| 3 | 550 | 42:1983pr | State or Federal prisoner civil rights action suing state officials not involving prison conditions. (A/K/A "Bivens action"). |
| 2 | 550 | 28:1331pr | Prisoner civil rights action suing federal officials not Involving prison conditions. (A/K/A "Bivens actions"). |
| 3 | 555 | 42:1983pr | State prisoner civil rights action involving prison conditions. |
| 2 | 555 | 28:1331pr | Prisoner civil rights action suing Federal officials involving prison conditions. (A/K/A "Bivens action"). |
| 2 | 540 | 28:1346 | Prisoner Federal Tort Claim. (Against U.S.) |
| 2 | 540 | 28:1361pr | Action to compel U.S. officer to perform a duty MANDAMUS. |
| 4 | 540 | 28:1332 | Any prisoner action based on diversity. |
|  | 540 |  | OTHER: ____ |

✓ DOCKER CLERK: Place cover sheet in acco on top of docket sheet and file, and FORWARD to Magistrate Judge assigned for IFP and/or frivolity determinations.

____ STAFF LAW CLERK:  
____ Pauper's affidavit insufficient or no affidavit  
____ Complaint or petition not signed or is incomplete  
____ No copies  
____ Other: ____

Name: Jonathan Lee Riches ©  
Register Number: 40948-018  
F.C.I. Williamsburg  
Inmate Mail  
P.O. Box 340  
Salters, SC 29590